# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| ERA MARINE PRODUCTS, INC., | Civil No. 09-3050 (JRT/FLN) |
| Plaintiff, | **ORDER DENYING MOTION** |
| v. |  |
| JET DOCK SYSTEMS, INC, *et al.*, |  |
| Defendants. |  |

Vytas Rimas, **RIMAS LAW FIRM, PLLC**, 40 South Seventh Street, Suite 212-190, Minneapolis, MN 55402, for plaintiff.

Emeric Dwyer, **MANSFIELD, TANICK & COHEN,** 1700 U.S. Bank Plaza South, 220 South Sixth Street, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the motion filed by plaintiff requesting leave to conduct jurisdictional discovery and to extend time to respond to defendants' motion to dismiss.

Based on the foregoing, all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** plaintiff's motion [Docket No. 21] is **GRANTED in part** and **DENIED in part,** as follows**:**

1. The motion is **DENIED** as to the request for leave to conduct jurisdictional discovery.

2. The motion is **GRANTED** with respect to the request for an enlargement of time to respond to defendants' motion to dismiss. The response shall be filed by January 15, 2010.

DATED: January 7, 2010            ____s/ John R. Tunheim____
at Minneapolis, Minnesota.                 JOHN R. TUNHEIM
                                                         United States District Judge